UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------

JOSEPH ZICKES,

        Plaintiff,

vs.

CUYAHOGA COUNTY et al.,

        Defendants.

-------------------------------------------------------

CASE NO. 1:15-CV-1865

OPINION & ORDER
[Resolving Doc. 11]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On September 11, 2015, Plaintiff Joseph Zickes filed a complaint alleging violations of his rights under the First, Fourth, Fifth, Sixth, Eighth, and/or Fourteenth Amendments to the U.S. Constitution.[1] Plaintiff Zickes named Bryan Smith, Michael Carroll, Lucy Rodriguez, Cuyahoga County, and the Cuyahoga County Executive as defendants. On September 29, 2015, Lucy Rodriguez filed a motion to be dismissed as a party.[2] Plaintiff Zickes filed an amended complaint on November, 3, 2015. Lucy Rodriguez then filed a motion for judgment on the pleadings on November 17, 2015.[3] Because Rodriguez filed her motion to dismiss before Zickes filed his amended complaint and because Rodriguez has now filed a motion for judgment on the pleadings, this Court **DENIES as MOOT** Rodriguez' motion to dismiss.

Dated: March 10, 2016

                                                    *s/      James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1.
[2] Doc. 11.
[3] Doc. 22.