UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | |
|---|---|
| JOSEPH ZICKES, | |
| | CASE NO. 1:15-CV-1865 |
| Plaintiff, | |
| vs. | JUDGMENT |
| CUYAHOGA COUNTY et al., | |
| Defendants. | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion in the above-captioned matter. For the reasons stated in that opinion, this Court **GRANTS** Defendants' motion for summary judgment. Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: September 16, 2016           *s/    James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE