**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH ZICKES ) | |
| ) | **CASE NO. 1:15-CV-1865** |
| Plaintiff ) | |
| ) | **JUDGE JAMES S. GWIN** |
| vs. ) | |
| ) | **NOTICE OF APPEAL** |
| CUYAHOGA COUNTY, ET AL. ) | |
| ) | |
| Defendants. ) | |

Notice is hereby given that Plaintiff, Joseph Zickes, in the above captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the order granting summary judgment to Defendants entered in this action on September 16, 2016.

        Respectfully submitted,

        /S/ Brian Moriarty /S/
        **BRIAN MORIARTY (0064128)**
        R. BRIAN MORIARTY, L.L.C.
        55 Public Square (#2100)
        Cleveland, Ohio 44113
        Phone: (216) 566-8228
        Fax: (216) 623-7314
        Email: bmoriartylaw@gmail.com

        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically this 17th day of October, 2016. Notice of this filing will be sent to all parties by operation of this Court's Electronic Filing System. Parties may access this filing through the Court's system.

/S/ Brian Moriarty /S/
BRIAN MORIARTY (#0064128)